No. 292. Ex PARTE FRANCISCO JIMÉNEZ, NOTARY PUBLIC.—Notice from the National Surety Company of the termination of surety bond No. 456, executed by said company on March 24, 1910. Decided September 17, 1913, by the Chief Justice sitting alone, as provided for by law. Bond considered terminated to take effect November 16, 1913.

No. 40. Ex PARTE PEDRO DE ALDREY, PETITIONER.—Petition for the cancellation of the personal notarial surety bond executed by José Toro Ríos and Luis Celis Alquier on March 21, 1902. Decided September 29, 1913, by the Chief Justice sitting alone, as provided for by law. Said bond canceled. *Mr. Antonio de Aldrey* for petitioner.

No. 363. Ex PARTE PEDRO SANTANA, NOTARY PUBLIC.—Notice from the National Surety Company of the termination of notarial surety bond No. 2334, executed by said company on March 26, 1913. Decided October 3, 1913, by the Chief Justice sitting alone, as provided for by law. Said bond considered terminated to take effect December 2, 1913.

No. 1031. GUÁNICA CENTRALE, PLAINTIFF AND RESPONDENT, *v.* RIVERA ET AL., DEFENDANTS; RIVERA, APPELLANT.—Appeal from the District Court of Mayagüez. Motion of respondent to dismiss the appeal. Decided October 6, 1913. Appeal dismissed for noncompliance with sections 296 and 299 of the Code of Civil Procedure, the latter section being amended by Act No. 70 of March 9, 1911. *Mr. Benito Forés* for respondent. The appellant did not appear.